JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIMOOR ZAMAN,<br>　　　Petitioner<br>　　v.<br>BRYAN BIRKHOLZ, Warden,<br>　　　Respondent. | Case No. CV 23-0177-MWF (PD)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition and this action are **DISMISSED** without prejudice.

Dated: November 20, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge